UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CHRISTOPHER SMITH-EMERSON,
Institutional ID No. 02305284,
SID No. 8041443

                          Plaintiff,

v.                                              No.  5:21-CV-00013-H

BOBBY LUMPKIN, *et al.*,

                          Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The District Court independently examined the record and reviewed the findings, conclusions, and recommendation for plain error.  Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, Plaintiff's complaint and all claims alleged therein are dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

All relief not expressly granted and any pending motions are denied.

The Court will enter judgment accordingly.

So ordered.

Dated May 24, 2022.

                                        _____
                                        JAMES WESLEY HENDRIX
                                        United States District Judge